John DOE I; John Doe II; John Doe III, individually and on behalf of proposed class members; Global Exchange, Plaintiffs–Appellants,

v.

NESTLE USA, INC.; Archer Daniels Midland Company; Cargill Incorporated Company; Cargill Cocoa, Defendants–Appellees.

No. 10–56739.

United States Court of Appeals, Ninth ·Circuit.

May 22, 2015.

Terrence Patrick Collingsworth, Esquire, Senior Partner, Conrad & Scherer, LLP, Washington, DC, Paul L. Hoffman,· Schonbrun Desimone Seplow Harris & Hoffman, Venice, CA, for Plaintiffs–Appellants.

Craig A. Hoover, Neal Katyal, Dominic Francis Perella, Esquire, Hogan Lovells U.S., LLP, Andrew John Pincus, Mayer Brown, LLP, Washington, DC, Julie A. Shepard, Jenner & Block, LLP, Brad D. Brian, Esquire, Daniel Paul Collins, Munger, Tolles & Olson, LLP, Los Angeles, CA, Jonathan H. Blavin, Kristin Linsley Myles, Esquire, Munger Tolles & Olson, LLP, San Francisco, CA, Lee H. Rubin, Mayer Brown, LLP, Palo Alto, CA, for Defendants–Appellees.

Before: DOROTHY W. NELSON, KIM McLANE WARDLAW and JOHNNIE B. RAWLINSON, Circuit Judges.

## ORDER

The order denying the petition for rehearing/rehearing en banc, filed on May 6, 2015, is hereby redesignated as a published order.

**SO ORDERED.**